IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KELLY M. MCFALL,

      Appellant,

 v.

                                      Case No. 5D21-2762
                                      LT Case No. 2015-DR-003910

DONALD A. WELSH,

      Appellee.

_____/

Decision filed June 14, 2022

Appeal from the Circuit Court
for Seminole County,
Susan Stacy, Judge.

Richard L. Wilson, Orlando, for Appellant.

Christopher H. Morrison, of Christopher H.
Morrison, P.A., Winter Park, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, EISNAUGLE and NARDELLA, JJ., concur.